ADOLF GOBEL, INC., Appellant, v. WILLIAM J. HAMMERSLOUGH et al., Individually, and as Copartners Doing Business under the Firm Name of LEHMAN BROS., et al., Respondents, Impleaded with Others.

Argued April 23, 1942; decided May 28, 1942.

*Charles E. Scribner* and *Leonard B. Frutkin* for appellant.

*Horace G. Hitchcock, Dwight R. Collin* and *Irving M. Gruber* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.